**Order entered March 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01566-CV

### IN RE MICHAEL RAMBERANSINGH, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54515-2010**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **LIFT** the stay imposed by our order dated December 15, 2014 of the hearing set in the trial

court for December 16, 2014. We **ORDER** relator to bear the costs of this original proceeding.


/s/     LANA MYERS
        JUSTICE